IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARDAN GRIGORIAN | : | CIVIL ACTION |
| | : | NO. 10-3441 |
| v. | : | |
| | : | |
| JOHN MORTON | : | |

## ORDER

AND NOW, this 23rd day of July, 2010, in consideration of petitioner's emergency motion and petition for writ of habeas corpus, the government's response and the accompanying briefs of both parties, the Clerk of Court is ORDERED to TRANSFER this case to the United States District Court for the Middle District of Pennsylvania immediately. It is FURTHER ORDERED that the hearing scheduled for July 27, 2010 is CANCELLED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.